In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-12-00124-CV
_____

## MORRELL MASONRY SUPPLY, INC., Appellant

## V.

## EUGENIO HERRERA, Appellee

**On Appeal from the 172nd District Court**
**Jefferson County, Texas**
**Trial Cause No. E-185,488**

## MEMORANDUM OPINION

On September 20, 12012, the appellee, Eugenio Herrera, filed a motion to dismiss the appeal on the ground that the appeal has become moot due to settlement. A copy of the parties' settlement agreement is attached to the motion. The appellant, Morrell Masonry Supply, Inc., has not objected to granting the motion or otherwise responded to the motion to dismiss. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.3.

APPEAL DISMISSED.

1

_____
CHARLES KREGER
Justice

Opinion Delivered October 25, 2012

Before Gaultney, Kreger, and Horton, JJ.